| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Windsor Plaza LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-3063843** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**952 Fifth Avenue**<br>**New York, NY 10075**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br>**3300 S. Dixie Hwy**<br>**Suite 1-270**<br>**West Palm Beach, FL 33405**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Windsor Plaza LLC**    Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Windsor Plaza LLC**  Case number (*if known*)
Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Windsor Plaza LLC**                                           Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 16, 2017**
                MM / DD / YYYY

X **/s/ J. Maurice Herman**                                              **J. Maurice Herman**
Signature of authorized representative of debtor                         Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Robert L. Rattet**                                               Date **October 16, 2017**
Signature of attorney for debtor                                         MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Rattet PLLC**
Firm name

**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone   **+1-914-381-7400**        Email address   **rrattet@rattetlaw.com**

**1674118**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Windsor Plaza LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| J. Maurice Herman<br>3330 South Dixie Highway<br>Suite I 270<br>West Palm Beach, FL 33405 | | | | | | $4,000,000.00 |
| NYS Dept of Tax & Finance<br>Bankruptcy Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | | | | | | $312,720.68 |
| Rosemary Herman<br>c/o Law Off Craig Avedisian PC<br>60 E 42 St - 40th Floor<br>New York, NY 10165 | | | Disputed Subject to Setoff | | | $33,000,000.00 |

10/16/17 12:59PM

**Fill in this information to identify the case:**

Debtor name  **Windsor Plaza LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

10/16/17 12:59PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Windsor Plaza LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                             12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**NYC Corporation Counsel**<br>**100 Church Street, Room 5-240**<br>**Attn:  Tax & Bkcy Lit. Div.**<br>**New York, NY 10007**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | **Windsor Plaza LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312,720.68 | $0.00 |
|---|---|---|---|---|
| | **NYS Dept of Tax & Finance** | Check all that apply. | | |
| | **Bankruptcy Special Procedures** | ☐ Contingent | | |
| | **P.O. Box 5300** | ☐ Unliquidated | | |
| | **Albany, NY 12205-0300** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No | | |
| | | ☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ardent Investments LLC** | ☐ Contingent | |
| | **c/o Nat'l Corp. Research Ltd** | ☐ Unliquidated | |
| | **616 South DuPont Hwy** | ☐ Disputed | |
| | **Dover, DE 19901** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Avon Bard LLC** | ☐ Contingent | |
| | **952 Fifth Avenue** | ☐ Unliquidated | |
| | **New York, NY 10021** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Consolidated Realty Holdings** | ☐ Contingent | |
| | **952 Fifth Avenue** | ☐ Unliquidated | |
| | **New York, NY 10021** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dept of Env. Prot.** | ☐ Contingent | |
| | **NYC Water Board** | ☐ Unliquidated | |
| | **P.O. Box 410 - Church St Sta.** | ☐ Disputed | |
| | **New York, NY 10008-0410** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000,000.00 |
|---|---|---|---|
| | **J. Maurice Herman** | ☐ Contingent | |
| | **3330 South Dixie Highway** | ☐ Unliquidated | |
| | **Suite I 270** | ☐ Disputed | |
| | **West Palm Beach, FL 33405** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Windsor Plaza LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.6
**Nonpriority creditor's name and mailing address**
**J. Maurice Herman, as Trustee**
**5 Sloans Curve Drive**
**Palm Beach, FL 33480**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

### 3.7
**Nonpriority creditor's name and mailing address**
**Keystone Management LLC**
**952 Fifth Avenue**
**New York, NY 10021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

### 3.8
**Nonpriority creditor's name and mailing address**
**Mayfair York LLC; Windsor**
**Plaza LLC**
**952 Fifth Avenue**
**New York, NY 10021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

### 3.9
**Nonpriority creditor's name and mailing address**
**Merit Management LLC**
**952 Fifth Avenue**
**New York, NY 10021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

### 3.10
**Nonpriority creditor's name and mailing address**
**Michael Offit**
**970 Park Avenue**
**New York, NY 10028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

### 3.11
**Nonpriority creditor's name and mailing address**
**Michael Offit, as Trustee**
**970 Park Avenue**
**New York, NY 10028**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

### 3.12
**Nonpriority creditor's name and mailing address**
**NYC Dept of Finance**
**P.O. Box 32**
**Church St Station**
**New York, NY 10008-0003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor  **Windsor Plaza LLC**                                      Case number (if known)
        Name

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Primrose Manaagement LLC**<br>**952 Fifth Avenue**<br>**New York, NY 10021**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Rosemary Herman**<br>**c/o Law Off Craig Avedisian PC**<br>**60 E 42 St - 40th Floor**<br>**New York, NY 10165**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ☐ No   ■ Yes | $33,000,000.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Rosemary Herman**<br>**c/o Steven R Schlesinger**<br>**300 Garden City Plaza, 5th FL**<br>**Garden City, NY 10165**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ☐ No   ■ Yes | $0.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Seton Industrial Corp**<br>**c/o Savastano Kaufman & Co**<br>**625 From Road**<br>**Paramus, NJ 07652**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Trust for Architectural Eastments**<br>**1906 R Street, NW - Suite 100**<br>**Washington, DC 20090**<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|   |   | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | **312,720.68** |
| **5b. Total claims from Part 2** | 5b. + $ | **37,000,000.00** |
| **5c. Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c.   $ | **37,312,720.68** |

# United States Bankruptcy Court
### Southern District of New York

In re  **Windsor Plaza LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **J. Maurice Herman**<br>**3330 South Dixie Highway**<br>**Suite I 270**<br>**West Palm Beach, FL 33405** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 16, 2017**

Signature  **/s/ J. Maurice Herman**

**J. Maurice Herman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: **Windsor Plaza LLC**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 16, 2017**

/s/ **J. Maurice Herman**
**J. Maurice Herman**/**Managing Member**
Signer/Title

.

```
ARDENT INVESTMENTS LLC
C/O NAT'L CORP. RESEARCH LTD
616 SOUTH DUPONT HWY
DOVER, DE 19901


AVON BARD LLC
952 FIFTH AVENUE
NEW YORK, NY 10021


CONSOLIDATED REALTY HOLDINGS
952 FIFTH AVENUE
NEW YORK, NY 10021


DEPT OF ENV. PROT.
NYC WATER BOARD
P.O. BOX 410 - CHURCH ST STA.
NEW YORK, NY 10008-0410


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


J. MAURICE HERMAN
3330 SOUTH  DIXIE HIGHWAY
SUITE I 270
WEST PALM BEACH, FL 33405


J. MAURICE HERMAN, AS TRUSTEE
5 SLOANS CURVE DRIVE
PALM BEACH, FL 33480


KEYSTONE MANAGEMENT LLC
952 FIFTH AVENUE
NEW YORK, NY 10021


MAYFAIR YORK LLC; WINDSOR
PLAZA LLC
952 FIFTH AVENUE
NEW YORK, NY 10021


MERIT MANAGEMENT LLC
952 FIFTH AVENUE
NEW YORK, NY 10021
```

MICHAEL OFFIT
970 PARK AVENUE
NEW YORK, NY 10028

MICHAEL OFFIT, AS TRUSTEE
970 PARK AVENUE
NEW YORK, NY 10028

NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-240
ATTN:  TAX & BKCY LIT. DIV.
NEW YORK, NY 10007

NYC DEPT OF FINANCE
P.O. BOX 32
CHURCH ST STATION
NEW YORK, NY 10008-0003

NYS DEPT OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300

OFFICE OF THE U.S. TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004

PRIMROSE MANAAGEMENT LLC
952 FIFTH AVENUE
NEW YORK, NY 10021

ROSEMARY HERMAN
C/O LAW OFF CRAIG AVEDISIAN PC
60 E 42 ST - 40TH FLOOR
NEW YORK, NY 10165

ROSEMARY HERMAN
C/O STEVEN R SCHLESINGER
300 GARDEN CITY PLAZA, 5TH FL
GARDEN CITY, NY 10165

SETON INDUSTRIAL CORP
C/O SAVASTANO KAUFMAN & CO
625 FROM ROAD
PARAMUS, NJ 07652

17-12891-jlg    Doc 1    Filed 10/16/17    Entered 10/16/17 13:01:19    Main Document
Pg 15 of 16

```
TRUST FOR ARCHITECTURAL
EASTMENTS
1906 R STREET, NW - SUITE 100
WASHINGTON, DC 20090
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Windsor Plaza LLC**                                       Case No.
                            Debtor(s)                               Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Windsor Plaza LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 16, 2017**                                **/s/ Robert L. Rattet**
Date                                                **Robert L. Rattet 1674118**
                                                    Signature of Attorney or Litigant
                                                    Counsel for  **Windsor Plaza LLC**
                                                    **Rattet PLLC**
                                                    **202 Mamaroneck Avenue**
                                                    **Suite 300**
                                                    **White Plains, NY 10601**
                                                    **+1-914-381-7400 Fax:+1-914-381-7406**
                                                    **rrattet@rattetlaw.com**